**ISP:** Verizon FiOS
**Physical Location:** Harleysville, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/16/2013 05:15:55 | F689C016DF7F9CCDD02B4451A0F418C961553105 | Late for Work |
| 03/14/2013 16:30:23 | 2834E4C4B376E6F2BAF4DC501C93E0CF4F2AB6F3 | Spilled Milk |
| 03/06/2013 14:22:55 | 5BD9522A089E8895C70B3AE7D6C552290EFA2529 | Red Satin |
| 03/02/2013 12:44:04 | 7F7E95C9487CE032751995CC58A23CC7E0B50BEF | Tuesday Morning |
| 03/02/2013 12:43:58 | 085826AF1E91AC977CBB094888698F5A1224823E | Ready for Bed |
| 02/23/2013 16:58:45 | F2F5A22A9C90FFD10E6E08D5690E9EAB531F0C8E | Apartment in Madrid |
| 02/23/2013 15:04:16 | D47073F1CC0BE0152CDB2830B62CFA814F8A1EEE | Black and White |
| 02/17/2013 07:04:34 | F92029AD5758D6EC3EB2CC58AC2394A790AC4588 | Sacred Romance |
| 02/12/2013 03:23:47 | 5C484A7003F92598EEDF762092D0C7D41CD794E9 | Yoga Master and Student |
| 02/11/2013 12:58:19 | 3E60B49558C53CC04D6336A30107A263AF5D75EF | A Little Rain Must Fall |
| 02/11/2013 12:29:00 | 5997B9E42F81D46B0CFF63705211D5B8C5C543F6 | Seeing Double |
| 02/04/2013 03:54:22 | 6BA1E888B0A277770FECB22BCAB0AB56F8CD8742 | Working Out Together |
| 01/15/2013 20:07:50 | A3D2E44E922CAF5F39268A88B58B47905B81AD19 | Warm Inside |
| 01/15/2013 06:04:43 | 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment |
| 01/05/2013 15:06:28 | AC44BD2FC75996D6918F94E9E85828A7A01BF5B8 | Naughty and Nice |
| 01/05/2013 07:46:13 | 0C18B0C843B2D2C8BB2DE79EA6801075AEA9A44C | Morning Desires |
| 12/23/2012 19:15:57 | 00B9DC7868D5414CBB6E50359CAAB7D5CDCF450F | Inside Perfection |
| 12/23/2012 19:02:15 | 544EDC12170CE5BA61AE658FF49F00ACD0EFE628 | Miss Me Not |
| 12/23/2012 18:51:39 | E4A1288EA3826DD3C0136FB5AB8114FF76AB67AF | A Love Story |
| 12/23/2012 18:43:01 | 56D40E4C6C6F87213F6D9C2DCB27ADBA9D153B5D | Cum With Me |
| 12/23/2012 18:39:32 | BBC8DD724A813574ABB58DEDB08A9238AB65C2F1 | Waterfall Emotions |
| 12/23/2012 18:08:34 | 90E692A0ACFEB631698F4FFCEACACD140C38891C | Loving Angels |
| 12/20/2012 16:40:54 | 1A8E3E61CD5AC38AD481868D9F676F31BED03A4B | Unforgettable View #1 |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/06/2012 08:29:59 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |
| 10/31/2012 21:05:22 | 01E5E5EEF60FED2117D28C25D9277B504E7281CF | Young Passion |
| 10/31/2012 19:19:54 | E5A4E2EF7E498427C85BB06F0B93FA487112E002 | Backstage |

**Total Statutory Claims Against Defendant: 26**

EXHIBIT A

**Copyrights-In-Suit for IP Address 96.245.75.172**

**ISP:** Verizon FiOS
**Location:** Harleysville, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 02/11/2013 |
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 12/23/2012 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 02/23/2013 |
| Backstage | PA0001797943 | 07/17/2012 | 07/18/2012 | 10/31/2012 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 02/23/2013 |
| Cum With Me | PA0001817714 | 12/04/2012 | 12/16/2012 | 12/23/2012 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/23/2012 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 03/16/2013 |
| Loving Angels | PA0001817752 | 11/30/2012 | 12/17/2012 | 12/23/2012 |
| Miss Me Not | PA0001817763 | 12/11/2012 | 12/16/2012 | 12/23/2012 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/05/2013 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 01/05/2013 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 03/02/2013 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 03/06/2013 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 02/17/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 02/11/2013 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 03/14/2013 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/15/2013 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/06/2012 |
| Tuesday Morning | PA0001828897 | 02/26/2013 | 03/12/2013 | 03/02/2013 |
| Unforgettable View #1 | PA0001817759 | 12/07/2012 | 12/16/2012 | 12/20/2012 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 01/15/2013 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 12/23/2012 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/04/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 02/12/2013 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/31/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 26**

EXHIBIT B

## Expanded Surveillance of IP Address 96.245.75.172

**ISP:** Verizon FiOS
**Location:** Harleysville, PA

| Hit Date UTC | Filename |
|---|---|
| 03/17/2013 | How to Cook Everything |
| 03/17/2013 | FTV - 2013-03-16 - Kenedy - Exposing Beauty |
| 03/17/2013 | Jamie's 15 Minute Meals Delicious, Nutritious,Super Fast Food 2012 -Mantesh |
| 03/17/2013 | Villalobos |
| 03/17/2013 | YoungLegalPorn - Booty Blondie - Alyona [1080p].mp4 |
| 03/17/2013 | Nubiles - Hardcore - Jennifer Aniton [720p].wmv |
| 03/17/2013 | WowPorn - A Sensitive Nature - Alexis Crystal, Caprice [1080p].mp4 |
| 03/17/2013 | Abbey Brooks_Special Delivery_1920.wmv |
| 03/17/2013 | Tokyo-hot - Go Hunting - Yuri Asakura [Uncensored] [720p].wmv |
| 03/17/2013 | Lord Of The Rings Soundtrack |
| 03/17/2013 | WIXIW |
| 03/17/2013 | Love Hina The Complete Series.rar |
| 03/17/2013 | Strawberry_Panic |
| 03/17/2013 | Spectacular Sex Moves She'll Never Forget - Ingenious Positions and Techniques That Will Blow Her Mind -Mantesh |
| 03/17/2013 | Harry Belafonte - Belafonte - 10CD-BOX 2012 |
| 03/17/2013 | Men's Fitness Workout Manual - Your Guide To Building Muscle And Burning Fat 2013 -Mantesh |
| 03/17/2013 | Teddi and Anikka - Lady Finesse HD720p (reshi5531) |
| 03/17/2013 | AmateurAllure - Cali H [1080p].wmv |
| 03/16/2013 | YoungLegalPorn - Fuck The Stranger - Denisa Heaven [720p].mp4 |
| 03/16/2013 | X-Art - Another Night - Bunny [1080p].mp4 |
| 03/16/2013 | x-art_kiera_seth_late_for_work_1080.mp4 |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 03/16/2013 | ExclusiveTeenPorn - Intense Fucking - Sabrina [720p].wmv |
| 03/16/2013 | Collegerules - Happy Birthday, Mike [720p].mp4 |
| 03/16/2013 | NCIS.S10E16.1080p.WEB-DL.DD5.1.H.264-BS [PublicHD] |
| 03/16/2013 | 18OnlyGirls - Explore My Hole - Addison [1080p].mp4 |
| 03/16/2013 | Paige Rene (13.03.2013 Remastered) Cocaine.mp4 |
| 03/16/2013 | The Shins - Port of Morrow (2012) [FLAC] politux |
| 03/16/2013 | Collegerules - N.C. House Party [720p].mp4 |
| 03/16/2013 | The Secrets of Great G-Spot Orgasms and Female Ejaculation - The Best Positions and Latest Techniques for Creating Powerful, Long-Lasting, Full-Body Orgasms -Mantesh |
| 03/16/2013 | Langt.fra.Las.Vegas.S01E03.Mia.Hundvin.DvDrip.avi |
| 03/16/2013 | bblib_jynx_maze_720p_8000.mp4 |
| 03/16/2013 | nubiles_jennifer_aniton_1v_hardcore_full.wmv |
| 03/16/2013 | How to Instantly Connect with Anyone - 96 All-New Little Tricks for Big Success in Relationships- Mantesh |
| 03/16/2013 | nubilefilms_the_ultimate_creampie_1280.mp4 |
| 03/16/2013 | X-Art.13.03.15.Kiera.Late.For.Work.XXX.1080p.MP4-KTR |
| 03/16/2013 | The World's Best Massage Techniques - The Complete Illustrated Guide Innovative Bodywork Practices From Around the Globe for Pleasure, Relaxation, and Pain Relief -Mantesh |
| 03/16/2013 | Killswitch Engage - As Daylight Dies (2006) - Metal [www.torrentazos.com].rar |
| 03/14/2013 | The Rum Diary BBRip XviD AC3-EXT |
| 03/14/2013 | private.lili.jalace.threesome.720.mp4 |
| 03/14/2013 | X-Art.13.03.08.Angelica.Spilled.Milk.XXX.1080p.MOV-KTR |
| 03/14/2013 | Smallville S10E21 Finale HDTV XviD - ASAP [eztv] |
| 03/14/2013 | Private - Young Czech beauty gets offered money to fuck - Victoria Blaze [720p].mp4 |
| 03/14/2013 | ktr.gdp.e199.18.years.old.wmv |
| 03/14/2013 | Maleficent.DVDRip.XviD-MAXSPEED.avi |
| 03/14/2013 | psa0030-ihd-1.mp4 |

EXHIBIT C

| Hit Date UTC | Filename | | |
|---|---|---|---|
| 03/14/2013 | Star Trek_ Original TV Series Sound Effects | | |
| 03/14/2013 | Marty Wilde - Frantic Fifties | | |
| 03/14/2013 | Casino.Royale.UnCut.2006.BluRay.720p.x264.DTS-ESiR [PublicHD] | | |
| 03/12/2013 | B A R Week 06 (part 1and2) | | |
| 03/12/2013 | Top_Gear.19x07.720p_HDTV_x264-FoV [PublicHD] | | |
| 03/12/2013 | Zero.Dark.Thirty.2012.1080p.BluRay.x264-SECTOR7 [PublicHD] | | |
| 03/12/2013 | Collegerules - Wheel Of Fun [720p].mp4 | | |
| 03/12/2013 | Lincoln.2012.1080p.BluRay.x264-SPARKS [PublicHD] | | |
| 03/12/2013 | In Their Skin (2012).DVDRip.XviD-DEPRIVED | | |
| 03/12/2013 | YoungLegalPorn - Keep It Inside - Hanna [1080p].mp4 | | |
| 03/11/2013 | Gossip Girl Season 6 Episode 9 The Revengers HDTV XviD | | |
| 03/08/2013 | Howard Shore - The Hobbit - An Unexpected Journey | | |
| 03/08/2013 | NCIS.S10E17.1080.WEB-DL.DD5.1.H.264-BS [PublicHD] | | |
| 03/07/2013 | Star Trek Deep Space Nine Collection (2013) (4CD) [MP3@320] | | |
| 03/07/2013 | Massage Rooms - Rita On Thomas HD 720p | | |
| 03/07/2013 | PublicAgent.E67.Nicol.XXX.1080p.MOV-KTR | | |
| 03/07/2013 | [www.Cpasbien.me] Workaholics.S02E09.FRENCH.LD.BDRip.XviD-MiND | | |
| 03/07/2013 | Flume - Flume (2012) [FLAC] | | |
| 03/07/2013 | Collegerules - Toga Orgy [720p].mp4 | | |
| 03/06/2013 | MomsBangTeens - Bottoms Up - Mia Malkova, Brandi Love.mp4 | | |
| 03/06/2013 | FuckedHard18 - Cassidy [720p].wmv | | |
| 03/06/2013 | Kavinsky - OutRun (2013) [FLAC] | | |
| 03/06/2013 | mfhgviviebill_720.mp4 | | |
| 03/06/2013 | Hex-Defense. v1.1.apk | | |
| 03/06/2013 | MassageGirls18 - Vanessa Sixxx [720p].wmv | | |
| 03/06/2013 | Jay-Z_and_Nas-Gods_Black_(Mixed_and_Produced_by_Milio)-2004 | | |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 03/06/2013 | 18onlygirls - Let Me Ride Your Wood - Paula Shy [1080p].mp4 |
| 03/06/2013 | Sextape - Csisztu Zsuzsa (Hungary gymnast).wmv |
| 03/06/2013 | mwhfjenniferbill_720.mp4 |
| 03/06/2013 | 1331057986_aliya-mp4-1-chkm8te.mp4 |
| 03/06/2013 | Kamasutra 3D (2012) [1080p BD25][WwW.LoKoTorrents.CoM].iso |
| 03/06/2013 | x-art_mia_danny_red_satin_1080.mp4 |
| 03/06/2013 | prnfle1537x.mp4 |
| 03/06/2013 | ktr.gdp.e198.19.years.old.wmv |
| 03/06/2013 | Collegerules - The Girls Are On The Hunt For COCK [720p].mp4 |
| 03/06/2013 | Tokyo-hot - Go Hunting - Kaori Murakami [Uncensored].avi |
| 03/06/2013 | Tokyo-hot - Semen Announcer - Anri Sugisaki [Uncensored].mp4 |
| 03/06/2013 | Perfect Little Pussy - Aubrey James.mp4 |
| 03/06/2013 | Collegerules - Show Me Your Pussy [720p].mp4 |
| 03/06/2013 | prnfle1826x.wmv |
| 03/06/2013 | No.Starch.Press.Write.Great.Code.Volume.2.Thinking.Low.Level.Writing.High.Level.Mar.2006.pdf |
| 03/06/2013 | Gymnast |
| 03/06/2013 | Anal Erotica 1 - Katy.m4v |
| 03/05/2013 | Star.Wars.The.Clone.Wars.S05E20.1080p.WEB-DL.DD5.1.H.264-YFN |
| 03/05/2013 | prnfle1751x.avi |
| 03/05/2013 | Lil Candy 18 - Candy Cream Pie HD 720p |
| 03/05/2013 | prnfle1777x.avi |
| 03/05/2013 | Sveta_Uchilka.avi |
| 03/05/2013 | NextDoorAmateur - Gizelle Leon.mp4 |
| 03/05/2013 | Tokyo-hot - Anal Virgin - Yuna Takeuchi [Uncensored].avi |
| 03/03/2013 | College.Girls.Are.Sexy.XXX.DVDRip.x264-Jiggly[rarbg] |
| 03/03/2013 | College Rules - The Sweet Hearts HD 720p |

EXHIBIT C

EPA152

| Hit Date  UTC | Filename |
|---|---|
| 03/03/2013 | I.Wanna.Buttfuck.Your.Daughter.14.XXX.DVDRip.x264-CHiKANi[rarbg] |
| 03/03/2013 | 18onlygirls - A Curvy Gets A Big - Klara [1080p].mp4 |
| 03/03/2013 | prnfle1770x.mp4 |
| 03/03/2013 | prnfle1531x.avi |
| 03/03/2013 | mr1040_rita_on_steve_sd.flv |
| 03/03/2013 | CollegeRules - Playing 21 [720p].mp4 |
| 03/03/2013 | Defloration - Ravas Rocka [1080p].mp4 |
| 03/02/2013 | prnfle1763x.wmv |
| 03/02/2013 | X-Art - Tuesday Morning - Tiffany F [1080p].mov |
| 03/02/2013 | ExclusiveTeenPorn - Horny Sex - Mira [720p].wmv |
| 03/02/2013 | WowGirls - Hardcore Innocence - Livia [1080p].mp4 |
| 03/02/2013 | bernice_scene_1_1080.mp4 |
| 03/02/2013 | The.Hobbit.An.Unexpected.Journey.2012.1080p.BluRay.x264-SPARKS [PublicHD] |
| 03/02/2013 | X-Art - Ready for Bed - Lexi Belle [1080p].mp4 |
| 03/02/2013 | Untitled.Sandra.Bullock.and.Melissa.McCarthy.Comedy.XviD.AC3-ADTRG |
| 03/02/2013 | MrAnal - Girl with a huge ass gets some serious deep anal dicking (2013) [720p].mp4 |
| 03/02/2013 | X-Art - Mad Passion - Kaylee [1080p].mp4 |
| 03/02/2013 | Collegerules - College, Girls, and Sex [720p].mp4 |
| 03/02/2013 | Orgasms - Russian Gymnast - Gina [1080p].mp4 |
| 03/02/2013 | CounterStrike XtreamZone.rar |
| 03/02/2013 | Holly Michaels_Yoga Butt_1920.wmv |
| 03/02/2013 | lta_ashton_pierce_720p_8000.mp4 |
| 03/02/2013 | Collegerules - Everybodys Fucking - Nova Brooks [720p].mp4 |
| 03/02/2013 | WowGirls - American Star - Kiera [1080p].wmv |
| 02/26/2013 | Top.Gear.S19E05.720p.REPACK.HDTV.x264-RiVER |
| 02/26/2013 | Star.Wars.The.Clone.Wars.S05E19.1080p.WEB-DL.AVC.AC3-SWC [PublicHD] |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 02/26/2013 | Argo.2012.1080p.BluRay.x264-SPARKS [PublicHD] |
| 02/26/2013 | The.Quiet.Man.1952.1080p.BluRay.x264-HD4U [PublicHD] |
| 02/25/2013 | The Perks of Being a Wallflower (2012) [1080p] |
| 02/25/2013 | Starkey - Orbits (2012) |
| 02/25/2013 | Janis Joplin Discography (1965-2012) [FLAC][WwW.LoKoTorrents].iso |
| 02/25/2013 | 55 Ways to Have Fun with Google.pdf |
| 02/25/2013 | RealExGirlfriends - A Quick Fuck - Dillion Harper [720p].wmv |
| 02/25/2013 | FirstAnalDate - First Interracial Anal Sex - Linda [1080p].wmv |
| 02/23/2013 | The_Dust_Bowl_(part 1)_720p.HDTV.x264_2012-11-18_TTL.mkv |
| 02/23/2013 | Top.Gear.The.Worst.Car.In.The.History.Of.The.World.2012.720p.BluRay.x264-CiNEFiLE [PublicHD] |
| 02/23/2013 | VA-Thunderdome_-_Turntablized_Mixed_By_Unexist-CD-2004-QTXMp3 |
| 02/23/2013 | The_Dust_Bowl_(part 2)_720p.HDTV.x264_2012-11-19_TTL |
| 02/23/2013 | prnfle1711x.mp4 |
| 02/23/2013 | Stoya.In.Love.And.Other.Mishaps.[HD720p].mkv |
| 02/23/2013 | Younglegalporn A Mutual Love Story - Kitana A [1080p].mp4 |
| 02/23/2013 | NubileFilms - My Amazing Girlfriend - Maddy O'Reilly [1080p].mp4 |
| 02/23/2013 | X-Art - Apartment in Madrid - Kaylee [1080p].mp4 |
| 02/23/2013 | Carla.Cox.And.Mia.Hilton.Nailing.Their.Landlord.Private.2013.HD_iyutero.com.mp4 |
| 02/23/2013 | YoungLegalPorn - Fuck Me If You Want - Samantha [720p].wmv |
| 02/23/2013 | skog och razzan vs. rymd imperiet.avi |
| 02/23/2013 | Life.of.Pi.2012.1080p.WEB-DL.H264-CrazyHD [PublicHD] |
| 02/23/2013 | AmateurAllure - Melody Jordan [1080p].wmv |
| 02/23/2013 | lta_kira_kennedy_kd120812_480p_2600.wmv |
| 02/22/2013 | Top.Gear.50.Years.of.Bond.Cars.720p.HDTV.x264-FoV.mkv |
| 02/22/2013 | Wreck-It Ralph (2012) [1080p] |
| 02/22/2013 | NCIS.S10E15.1080p.WEB-DL.DD5.1.H.264-BS [PublicHD] |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 02/22/2013 | Final Fantasy VII Advent Children (2005) [1080p] |
| 02/22/2013 | Star.Wars.The.Clone.Wars.S05E18.1080p.WEB-DL.DD5.1.H.264-YFN |
| 02/18/2013 | [FandFs] Study A Broad [640x480][UNC] |
| 02/18/2013 | ktr.mompov.e127.stephanie.mp4 |
| 02/18/2013 | Alicia_Keys-Girl_On_Fire-CD-FLAC-2012-PERFECT |
| 02/18/2013 | [ www.Torrenting.com ] - Top_Gear.19x04.720p_HDTV_x264-FoV |
| 02/18/2013 | ktr.fh18.13.02.16.kenzie.wmv |
| 02/17/2013 | WowGirls - To My Balls - Nikita [1080p].mp4 |
| 02/17/2013 | NCIS.S10E14.1080p.WEB-DL.DD5.1.H.264-BS [PublicHD] |
| 02/17/2013 | X-Art - Sacred Romance (2013) [1080p].mov |
| 02/17/2013 | Liza Bluberry Virgin Defloration |
| 02/17/2013 | Marilyn.Chambers.Guide.To.Anal.Sex.XviD-SWE6RUS |
| 02/17/2013 | Nicole Aniston - Penthouse |
| 02/17/2013 | BabysitterMovies - Nicole Grey [720p].wmv |
| 02/17/2013 | X-Art - Sacred Romance - Connie [1080p].mov |
| 02/17/2013 | pos10984_800.mp4 |
| 02/16/2013 | TrickyMasseur.13.02.04.Bella.XXX.720p.WMV-KTR[rarbg] |
| 02/13/2013 | Star.Wars.The.Clone.Wars.S05E17.1080p.WEB-DL.AVC.AC3-SWC [PublicHD] |
| 02/12/2013 | Star.Wars.The.Clone.Wars.S05E16.1080p.WEB-DL.AVC.AC3-SWC |
| 02/12/2013 | VA - Best of Bond... James Bond 50th Anniversary Collection - OST (2012) |
| 02/12/2013 | Skyfall |
| 02/12/2013 | Whitney.Westgate.MassageGirls18.2012_iyutero.com.mp4 |
| 02/12/2013 | HITCHHIKERS GUIDE |
| 02/12/2013 | x-art_mira_yoga_master_and_student_1080.mov |
| 02/12/2013 | Avast AntiVirus Home Edition 6.0.26 + Serial Keys - {RedDragon} |
| 02/12/2013 | Ian Fleming |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 02/12/2013 | Fifty.Shades.Of.Grey.XXX.DVDRiP.x264-DivXfacTory |
| 02/12/2013 | Tiffany_Doll_hd.720.full.mov |
| 02/12/2013 | LetsTryAnal.13.02.01.Kira.Sinn.Little.Asian.Ass.Spreader.XXX.1080p.x264-SEXORS[rarbg] |
| 02/12/2013 | Top.Gear.19x03.720p.HDTV.x264-FoV.mkv |
| 02/11/2013 | Prometheus (2012) DVDrip.XviD.Ac3-PRiSM |
| 02/11/2013 | The Thing .2011.BDRip.XVID.AC3.Gold-line.orgi.avi |
| 02/11/2013 | prnfle1383x.m4v |
| 02/11/2013 | X-Art - A Little Rain Must Fall - Angelica [1080p].mov |
| 02/11/2013 | x-art_gianna_addison_seeing_double__1080.mov |
| 02/11/2013 | Rebel (2012) 720p DVDRIP x264 AC3 Team DST[Exclusive] |
| 02/11/2013 | ExploitedCollegeGirls.13.01.31.Claire.XXX.HR.WMV-SEXORS[rarbg] |
| 02/11/2013 | Lexi Belle - Pov from Hand Job To Creampie HD 1080p |
| 02/11/2013 | Hi-Fidelity Dub Sessions, Vol. 5 |
| 02/11/2013 | The Last Kind Words |
| 02/11/2013 | TeensAnalyzed - First anal like she always wanted - Dasha [1080p].wmv |
| 02/10/2013 | Met-Art.com_13.02.02.Patsy.A.Disteso.XXX.iMAGESET-P4L[rarbg] |
| 02/10/2013 | Origin EA key Generator [EA Origin Keygen] Updated 2013 |
| 02/10/2013 | X-Art - Working Out Together - Kristen [1080p].mov |
| 02/09/2013 | The_White_Stripes_ft_2pac_Biggie_Big_L_-_In_The_Cold_Cold_Night.exe |
| 02/09/2013 | [BluRay Rip 1080p - ITA-ENG AC3 - SUB] 007 Quantum of Solace [NF] |
| 02/08/2013 | Dido - One Step Too Far [Rare Import] |
| 02/08/2013 | Top Gear |
| 02/07/2013 | Nubiles.net.13.02.05.Nataly.Von.Flexible.XXX.IMAGESET-PAYiSO[rarbg] |
| 02/07/2013 | T 049 - McPatterson Fred - UTOPIA stirbt.rar |
| 02/07/2013 | Homeland |
| 02/06/2013 | James Bond Quantum of Solace (2008) avchd 1080p EN NL B-Sam |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 02/06/2013 | James_Bond-A_View_To_A_Kill-OST |
| 02/06/2013 | NCIS.S10E14.720p.HDTV.X264-DIMENSION [PublicHD] |
| 02/06/2013 | Skyfall.2012.1080p.BluRay.x264-DAA [PublicHD] |
| 02/06/2013 | James_Bond-Dr_No |
| 02/06/2013 | The Italian Job [MicroHD][1080 px][AC3 5.1-Castellano-Ingles+Subs] |
| 02/06/2013 | James_Bond-Diamonds_Are_Forever-OST |
| 02/06/2013 | The.Sessions.2012.1080p.BluRay.x264-SPARKS [PublicHD] |
| 02/06/2013 | James_Bond-Live_And_Let_Die-OST |
| 02/06/2013 | Up My Asian Ass (2012) XXX WEB-DL |
| 02/04/2013 | Atada_xvid.avi |
| 02/04/2013 | Big Tits At Work - MISSY MARTINEZ New 17 January 2013 |
| 02/04/2013 | A Rising Fall epub and mobi |
| 02/04/2013 | NCIS.S10E13.1080p.WEB-DL.DD5.1.H.264-BS [PublicHD] |
| 02/04/2013 | Busta Rhymes - When Disaster Strikes [PA] [UK] |
| 02/04/2013 | Hegre-Art - Mutual Magic Massage (HDV, 1080p, 2011, Erotic Massage) |
| 02/04/2013 | Ayalum Njanum Thammil - MalayalaM - 2012 - PDVDRip - MKV - x264 - AC3 - RockStar |
| 02/04/2013 | [ www.Speed.Cd ] - Top_Gear.19x02.720p_HDTV_x264-FoV |
| 02/04/2013 | Michael Connelly -2003- Mörkare än natten |
| 02/03/2013 | The Italian Job 1969 720p BRRip x264 aac vice |
| 02/03/2013 | Homeland Season 1 Complete 720p |
| 02/02/2013 | Good.Night.And.Good.Luck.2005.1080p.BluRay.x264-FSiHD |
| 02/01/2013 | Lp - 02 2013.rar |
| 02/01/2013 | Doctor.Who.2005.S07.Minisode.Christmas.Special.720p.HDTV.x264-RAWNiTRO.mkv |
| 02/01/2013 | Glee Season 3 Complete 720p |
| 02/01/2013 | Star.Wars.The.Clone.Wars.S05E12.1080p.WEB-DL.AVC.AC3-SWC [PublicHD] |
| 02/01/2013 | Star.Wars.The.Clone.Wars.S05E14.1080p.WEB-DL.AVC.AC3-SWC [PublicHD] |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 02/01/2013 | NCIS.S10E13.720p.HDTV.X264-DIMENSION [PublicHD] |
| 02/01/2013 | Star.Wars.The.Clone.Wars.S05E15.1080p.WEB-DL.AVC.AC3-SWC [PublicHD] |
| 02/01/2013 | Ivy.Spur.of.the.Moment.XArt.201.FullHD_iyutero.com.wmv |
| 02/01/2013 | Doctor.Who.2005.Christmas.Special.2012.The.Snowmen.1080p.HDTV.X264-Hannibal [PublicHD] |
| 02/01/2013 | Star.Wars.The.Clone.Wars.S05E13.1080p.WEB-DL.AVC.AC3-SWC [PublicHD] |
| 01/31/2013 | LetsTryAnal - Tight and Fresh Anal Newbie - Anastasia Morna [720p].mp4 |
| 01/31/2013 | YLP - Hanna - Sexy Pig Tails - 720p.mp4 |
| 01/31/2013 | NCIS.S10E12.1080p.WEB-DL.DD5.1.H.264-BS [PublicHD] |
| 01/31/2013 | Glee; The Music, The Complete Season Three |
| 01/31/2013 | Glee Music Complete Seasons 1and2 |
| 01/31/2013 | CumLouder - First in her ass - Valentina Nappi [720p].mp4 |
| 01/31/2013 | HerSexDebut - Amateur chick is drilled in every hole - Marya [720p].mp4 |
| 01/31/2013 | Carl-Einar Häckner - Trollkarlens återkomst (2010) 720p VODRip x264 [BogPojkin] |
| 01/29/2013 | [è Œæœˆâ-—â¹•ç»„][è¿™æˆâ¯âˆ¯âfμâ°â  — ç¬¬äºŒâ-£][Kore wa Zombie Desuka Of the Dead][0S][ç®€ç¹ ][1280x720 AAC] |
| 01/28/2013 | The_Inbetweeners.2x02.Work_Experience.WS_PDTV_XviD-FoV.avi |
| 01/26/2013 | IMAXDocumentaryCollectionPack1080p |
| 01/19/2013 | Pinocchio 1940 Bluray 1080p x264 3 Audio - alrmothe |
| 01/19/2013 | Lilo.And.Stitch.2002.720p.WEB-DL.H264.AAC2.0-HDCLUB [PublicHD] |
| 01/19/2013 | Lady and the Tramp 1955 1080p BDRip H264 AAC - IceBane (Kingdom Release) |
| 01/19/2013 | The Lion King trilogy 1994-2004 BDRip 1080p DTS HighCode-PHD |
| 01/19/2013 | The AristoCats 1970 720p BluRay x264-MgB |
| 01/18/2013 | Batman The Dark Knight Returns Part 2 (2013) [1080p] |
| 01/18/2013 | Brave 2012 English.BDRip (480p) HOPE |
| 01/17/2013 | The Bourne Legacy (2012) BDRip.XviD-AMIABLE |
| 01/17/2013 | Beauty.And.The.Beast.1991.BluRay.1080p.DTS.x264-FLAWL3SS |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 01/17/2013 | Gone.(2012).SWESUB.BRRiP.720p.XViD.AC3.Kalasbra |
| 01/16/2013 | X-Art - Warm Inside - Susie, Clover [1080p].mov |
| 01/16/2013 | X-Art - Spur of the Moment - Ivy [1080p].mov |
| 01/15/2013 | Die Zeit 2007 10.pdf |
| 01/12/2013 | NCIS.S10E11.1080p.WEB-DL.DD5.1.H.264-BS [PublicHD] |
| 01/12/2013 | NCIS.S10E05.720p.WEB-DL.DD5.1.H.264-CtrlHD [PublicHD] |
| 01/12/2013 | NCIS.S10E10.1080p.WEB-DL.DD5.1.H.264-BS [PublicHD] |
| 01/12/2013 | NCIS.S10E03.720p.WEB-DL.DD5.1.H.264-CtrlHD [PublicHD] |
| 01/12/2013 | NCIS.S10E07.720p.WEB-DL.DD5.1.H.264-BS [PublicHD] |
| 01/12/2013 | The.Sex.Of.The.Angels.2012.UNRATED.720p.WEB-DL.H264-WEBiOS [PublicHD] |
| 01/12/2013 | Star.Trek.TNG.S02.Season.2.720p.BluRay.x264-PublicHD |
| 01/12/2013 | NCIS.S10E04.720p.WEB-DL.DD5.1.H.264-CtrlHD [PublicHD] |
| 01/12/2013 | NCIS.S10E06.1080p.WEB-DL.DD5.1.H.264-BS [PublicHD] |
| 01/12/2013 | NCIS S10E08 1080p WEB-DL DD5 1 H 264-BS [PublicHD] |
| 01/12/2013 | NCIS.S10E09.1080p.WEB-DL.DD5.1.H.264-BS [PublicHD] |
| 01/11/2013 | NCIS.S10E02.720p.WEB-DL.DD5.1.H.264-CtrlHD [PublicHD] |
| 01/11/2013 | Tom And Jerry The Classic Collection Vol 03 DVDRip XviD-iLS |
| 01/10/2013 | Babel [Gentlemen of the Road Edition] - 2012 [FLAC] |
| 01/10/2013 | [ www.Speed.Cd ] - NCIS.S10E01.Extreme.Prejudice.720p.WEB-DL.DD5.1.H.264-CtrlHD |
| 01/10/2013 | HORRIBLE BOSSES 2011 UNCUT HD 720p |
| 01/10/2013 | BLUES TRAVELER Discography FLAC |
| 01/08/2013 | Phineas.and.Ferb.DVDRip.JayBob.HQ.[FR] |
| 01/07/2013 | Bree.Olson.The.Bombshells |
| 01/06/2013 | ASC - Out Of Sync (2012).320k.anon1mo |
| 01/05/2013 | CollegeRules - Spin the Bottle Orgy [720p].mp4 |
| 01/05/2013 | x-art_angie_morning_desires_720.wmv |

EXHIBIT C

| Hit Date UTC | Filename | |
|---|---|---|
| 01/05/2013 | Gojira - L'enfant Sauvage (Special Edition) (2012) | |
| 01/05/2013 | Andy Stott - Luxury Problems (2012) [FLAC] | |
| 01/05/2013 | Adobe Acrobat XI Pro 11.0.0 Multilanguage (Cracked dll ) [ChingLiu] | |
| 01/05/2013 | Lindsey - A Desirable Ass HD 1080p | |
| 01/05/2013 | Mia - Balls Deep.mp4 | |
| 01/05/2013 | Exclusive Teen Porn - Amazing Teen Porn HD 720p | |
| 01/05/2013 | Matthew Dear - Discography (2003-2012) | |
| 01/05/2013 | x-art_angelica_naughty_and_nice_1080.mov | |
| 01/05/2013 | ExploitedCollegeGirls Kaylee Hays.mp4 | |
| 01/05/2013 | 18YearsOld - Horny Brunette - Rachel Rose [720p].mp4 | |
| 01/05/2013 | Downton.Abbey.2012.Christmas.Special.A.Journey.To.The.Highlands.720p.HDTV.x264-FoV.mkv | |
| 01/05/2013 | ktr.fh18.12.12.29.sage.wmv | |
| 01/05/2013 | Star Trek TNG Doctor Who Assimilation (2012) | |
| 01/04/2013 | Taken.2.2012.1080p.REPACK.WEB-DL.DD5.1.H.264-BS [PublicHD] | |
| 01/04/2013 | The.Bourne.Legacy.2012.1080p.BluRay.x264-SPARKS [PublicHD] | |
| 01/04/2013 | 911.Wall.Street.Journal.pdf | |
| 01/04/2013 | 666 Park Avenue S01E06 HDTV x264-FQM [eztv] | |
| 01/03/2013 | Dredd 3D (2012) TS DVD5 (NL subs)NLtoppers | |
| 01/03/2013 | Taken 2008 Unrated Extended Cut 720p BRRip x264-HDLiTE | |
| 01/02/2013 | Fang Island - Fang Island (2010) [FLAC] | |
| 01/01/2013 | Former track star, gymnast is deep throat skull fucked, and fisted by Isis Love, devastating orgams Anikka Albrite  Matt Williams  Isis Love | |
| 01/01/2013 | Honor and Obey (Honor Series) by Teresa Mummert.zip | |
| 12/31/2012 | ktr.gdp.e190.18.years.old.wmv | |
| 12/31/2012 | Conan.The.Destroyer.1984.COMPLETE.NORDiC.PAL.DVDR.iNTERNAL-FFM | |
| 12/29/2012 | Total Recall 2012 DVDRip XviD-AXXP | |

EXHIBIT C

EPA152

| Hit Date UTC | Filename | |
|---|---|---|
| 12/29/2012 | bblib_katja_kassin05_480p_1000.mp4 | |
| 12/28/2012 | Sandra Romain - Double Dip-Her 3.wmv | |
| 12/28/2012 | bitreactor.to_Black.White.and.Blues.German.2010.AC3.DVDRiP.XViD-DECENT | |
| 12/28/2012 | ArmA 2 Combined Operations 1.60 JimbusEd | |
| 12/28/2012 | College Rules - Who Can Make The Best Sex Tape HD 720p | |
| 12/28/2012 | GirlsDoPorn (E189) - 20 Years Old [720p].wmv | |
| 12/28/2012 | Zaya - Be My Prince - 720p.mp4 | |
| 12/27/2012 | Beasts of the Southern Wild (Japanese) (DVDRip) XViD - DiAMOND | |
| 12/26/2012 | Medium.2x01.[DVDRip].[www.tensiontorrent.com].avi | |
| 12/26/2012 | Mutant.Chronicles.2008.HUN.DVDRip.Xvid-Thick | |
| 12/25/2012 | TotalUninstall.v4.8.0.562.FULL.rar | |
| 12/24/2012 | STAR WARS DVD | |
| 12/23/2012 | Christmas - Irish Christmas - [TFM] - 2012 | |
| 12/23/2012 | Four Tet - Pink (2012) | |
| 12/23/2012 | Fang Island - Major  (2012) [FLAC] | |
| 12/23/2012 | X-Art - Miss Me Not - Ivana [1080p].mov | |
| 12/23/2012 | Snoop Dogg – That's My Work (feat. Tha Dogg Pound and Soopafly) | |
| 12/23/2012 | Mirai Nikki - Op - 03 - [1080p] [BD] [Creditless][by Angel7000].avi | |
| 12/23/2012 | X-Art - Cum With Me - Beatrice [1080p].mp4 | |
| 12/23/2012 | X-Art - A Girls Fantasy - Beatrice [1080p].mov | |
| 12/23/2012 | x-art_angelica_inside_perfection_1080.mov | |
| 12/23/2012 | Nip.Tuck.S03E12.WS.DSR.XviD-LOKi.avi | |
| 12/23/2012 | My.Roomates.A.Lesbian.2.XXX.DVDRip.XviD-Jiggly | |
| 12/23/2012 | The Cranberries - Roses 2012 [FLAC] [h33t] - Kitlope | |
| 12/23/2012 | X-Art - Tarde Espanola - Addison [1080p].mp4 | |
| 12/23/2012 | Jake.in.Progress.S02E01.PROPER.HDTV.XviD-XOR.avi | |

EXHIBIT C

EPA152

| Hit Date UTC | Filename |
|---|---|
| 12/23/2012 | VA.Xclusive.Ibiza.Chill.2007.[WwW.LoKoTorrents.CoM] |
| 12/23/2012 | {www.scenetime.com}Spiderman.2002.Brrip.Xvid.Ac3.Projekt |
| 12/23/2012 | X-Art - Loving Angels - Anneli, Baby [1080p].mov |
| 12/23/2012 | X-Art - Heart And Soul - Connie [1080p].mov |
| 12/23/2012 | The ABCs of Death 2012 720p BluRay x264-iFPD [PublicHD] |
| 12/23/2012 | h1on1isisbill_720.mp4 |
| 12/23/2012 | Howard_Shore-The_Hobbit_An_Unexpected_Journey-2CD-FLAC-2012-FRAY |
| 12/23/2012 | Life of Pi {2012} DVDRIP.x264 Jaybob |
| 12/23/2012 | X-Art - A Love Story - Gianna [1080p].mov |
| 12/23/2012 | Kaylee.Waterfall.Emotions.XArt.2012.FullHD_iyutero.com.wmv |
| 12/23/2012 | Red Dwarf S01E01 The End (WerX) |
| 12/23/2012 | judy_journee_mo_hd.mov |
| 12/22/2012 | MetArt [Vanda B.] |
| 12/22/2012 | Bones S08E08 1080p WEB-DL DD5 1 H 264-ECI [PublicHD] |
| 12/22/2012 | VA - Fabriclive 62 Kasra - 2012 |
| 12/22/2012 | Jack White...Blunderbuss(2012)[FLAC] |
| 12/22/2012 | [AirotaandDHRandMony][Jinrui wa Suitai Shimashita][1280x720] |
| 12/22/2012 | Milka 6.01.12.DVD.2 |
| 12/21/2012 | donna2012-09-29.sbd.gmb.flac24 |
| 12/21/2012 | Tanya_Tates_Runaways_XXX_DVDRip_XviD-STARLETS_DescriptionoPi |
| 12/20/2012 | NCIS - Season 9 |
| 12/20/2012 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 12/20/2012 | Consumer Reports December 2012 |
| 12/20/2012 | Downton.Abbey.S03.Season.3.720p.BluRay.x264-SHORTBREHD |
| 12/20/2012 | Anissa.Kate.Anal.Enjoyment.Romance.RealExGirlfriends.2012.HD_iyutero.com.mpg |
| 12/20/2012 | The Muppet Christmas Carol 1992 1080p BluRay X264-KaKa [brrip.eu] |

EXHIBIT C

| Hit Date UTC | Filename | |
|---|---|---|
| 12/20/2012 | X-Art - Formidable Beauty - Beatrice [1080p].mp4 | |
| 12/20/2012 | X-Art - Unforgettable View Part 1 - Addison [1080p].mov | |
| 12/20/2012 | The.Dark.Knight.Rises.2012.1080p.BluRay.x264-ALLiANCE [PublicHD] | |
| 12/19/2012 | Downton Abbey Season 2 | |
| 12/19/2012 | Downton Abbey Season 1 | |
| 12/15/2012 | Star.Wars.The.Clone.Wars.S05E10.1080p.WEB-DL.AVC.AC3-SWC | |
| 12/15/2012 | Star.Wars.The.Clone.Wars.S05E11.1080p.WEB-DL.AVC.AC3-SWC | |
| 12/12/2012 | ABC Family-The Mistle Tones [2012] | |
| 12/12/2012 | rw20c2000-10-27-ithaca | |
| 12/12/2012 | Fushigi Yuugi TV Series Songs Complete Collection | |
| 12/11/2012 | Revolution.S01E10.Nobodys.Fault.But.Mine.WEB-DL.XVID-AVIGUY.avi | |
| 12/06/2012 | The.Dark.Knight.Rises.2012.1080p.AC3.BRRip.XViD-RemixHD | |
| 12/06/2012 | The Walking Dead - The Complete Season 1 [HDTV][aMrTV] | |
| 11/30/2012 | Due Date (2010) ENG | |
| 11/29/2012 | NCIS.S02.720p.WEB-DL.AAC2.0.H.264-PublicHD.ORG | |
| 11/28/2012 | Rendez-vous.mkv | |
| 11/26/2012 | Room In Rome 2010 720p BRRip H.264 AAC-TheFalcon007 (Kingdom-Release) | |
| 11/21/2012 | Upgrade Your House 100 DIY Repairs and Improvements For Under $100 | |
| 11/21/2012 | Ischu.druga.na.konec.sveta.mp4 | |
| 11/21/2012 | The Complete Idiot's Guide to Detoxing Your Body (Pdf,Epub) - Mantesh | |
| 11/21/2012 | Yotsubaand!, Vol. 10-11 | |
| 11/21/2012 | Same Place, More Space - 50 Projects to Maximize Every Room in the House -Mantesh | |
| 11/21/2012 | Hegre-OrgasmicOilyAnalMassage.m4v | |
| 11/21/2012 | Yotsubaand! | |
| 11/21/2012 | The Art Of Blowjob - All The Way In HD 720p | |
| 11/21/2012 | 7 Weeks to Getting Ripped - The Ultimate Weight-Free, Gym-Free Training Program 2012 | |

EXHIBIT C

| Hit Date UTC | Filename | |
|---|---|---|
| | (Pdf,Epub,Mobi) -Mantsh | |
| 11/21/2012 | Lewis Black | |
| 11/21/2012 | prnfle796x.mov | |
| 11/20/2012 | Babes - Stevie's Love - Stevie Shae [1080p].mp4 | |
| 11/19/2012 | Young.People.Fucking.2007.BluRay.1080p.x264.AC3-5.1-Pen | |
| 11/19/2012 | Mia and Vendy - Empty Me HD 720p | |
| 11/19/2012 | X-Art - Still With Me - Kaylee [1080p].mov | |
| 11/12/2012 | The.Nightmare.Before.Christmas.1993.1080p.BluRay.x264-ESiR | |
| 11/12/2012 | Cars 2 (2011) x264 1080p DTS and DD 5.1 [ENG] + [ DUBBING PL].mkv | |
| 11/12/2012 | The Devil Inside 2012 CAM READNFO XviD AC3-26K | |
| 11/12/2012 | Mr Poppers Penguins [2011 ENG]R5 Line XviD-ExtraTorrentRG | |
| 11/12/2012 | Foster The People - Torches-[320kbps] - BeetraCk | |
| 11/11/2012 | Brave.2012.1080p.BluRay.x264-HDChina [PublicHD] | |
| 11/11/2012 | Safe House 2012 XviD-ViP3R | |
| 11/11/2012 | Warrior.DVDRip.XviD-DiAMOND | |
| 11/11/2012 | The.Amazing.Spiderman.2012.iNTERNAL.1080p.BluRay.x264-BRHD [PublicHD] | |
| 11/11/2012 | Corpse.Bride.OAR.HD.DVDRip.1080p.x264.AC3-5.1-iLL | |
| 11/10/2012 | Coldplay - Princess of China (feat. Rihanna)mp3.rar | |
| 11/07/2012 | Star.Wars.The.Clone.Wars.S05E01.1080p.WEB-DL.AVC.AC3-SWC | |
| 11/07/2012 | acab - fight for your right (ska)271.mp3 | |
| 11/07/2012 | Star Wars The Clone Wars HDTV S05E05 1080p AVCHD-SC-SDH | |
| 11/07/2012 | [Leopard-Raws] KTV - 04 RAW (TBS 1280x720 x264 AAC).mp4 | |
| 11/07/2012 | Star Wars The Clone Wars HDTV S05E03 1080p AVCHD-SC-SDH | |
| 11/07/2012 | Star.Wars.The.Clone.Wars.S05E06.1080p.WEB-DL.AVC.AC3-SWC | |
| 11/07/2012 | Star Wars The Clone Wars HDTV S05E04 1080p AVCHD-SC-SDH | |
| 11/07/2012 | ImperMyzNov | |

EXHIBIT C

| Hit Date UTC | Filename | |
|---|---|---|
| 11/07/2012 | Star.Wars.The.Clone.Wars.S05E02.1080p.WEB-DL.AVC.AC3-SWC | |
| 11/06/2012 | Maya-Backstage.mov | |
| 11/06/2012 | WowGirls - Make Me Wet - Guerlain, Madonna [1080p].mp4 | |
| 11/06/2012 | Nubiles - Triple Pack - Ebbi [720p] | |
| 11/06/2012 | The Art Of Blowjob - I Love Camille's Blowjob HD 720p | |
| 11/06/2012 | Deadman Wonderland 1080p | |
| 11/06/2012 | YoungLegalPorn - Sensual Seduction - Natasha Von, Penelope [720p].mp4 | |
| 11/01/2012 | X-Art - Young Passion - Baby [1080p].mp4 | |
| 11/01/2012 | X-Art.12.10.26.Mira.Poolside.Passion.XXX.1080p.MOV-KTR | |
| 11/01/2012 | X-Art - Ibiza Love - Gianna [1080p].mp4 | |
| 10/31/2012 | ftvgirls.com.2011-05.Chloey.XXX.[GoldenPirates] | |
| 10/31/2012 | [C] The Money of Soul and Possibility Control [avi][eng subs] | |

EXHIBIT C

EPA152

# EXCULPATORY EVIDENCE REQUEST

Subscriber Name:

Subscriber Address:

Attorney Name/Contact:

1. List all authorized users (including household members) of any IP Address assigned to the Defendant.

Authorized User Name/Relationship

A. _____

- o   Adult Child
- o   Domestic Partner
- o   Minor Child
- o   Roommate
- o   Spouse
- o   Tenant
- o   Unrelated adult

B. _____

- o   Adult Child
- o   Domestic Partner
- o   Minor Child
- o   Roommate
- o   Spouse
- o   Tenant
- o   Unrelated adult

C. _____

- o   Adult Child
- o   Domestic Partner
- o   Minor Child
- o   Roommate
- o   Spouse
- o   Tenant
- o   Unrelated adult

EXHIBIT D

EPA152

D._____

o  Adult Child
o  Domestic Partner
o  Minor Child
o  Roommate
o  Spouse
o  Tenant
o  Unrelated adult

2. Has a WI-FI enabled device been used to effectuate a connection to
an IP Address assigned to the Defendant?

YES     NO

3. If #2 is yes, please provide make, model and serial number of all such WI-FI modems and/or
routers:

_____

_____

_____

4. Has a Bittorrent Client been installed on any electronic device used by the Defendant and/or
other Authorized Users used to access the Internet via an IP Address assigned to the Defendant?

YES     NO

5. What is the distance from the Defendant's residence to the closest neighbor?

_____Yards.

EXHIBIT D

EPA152

6. Has the Defendant and/or Authorized Users as listed in #1 above ever legally purchased Plaintiff's material or visited their website?

YES     NO

7. Has the Defendant and/or Authorized Users as listed in #1 above ever visited any website containing Torrent Magnet Links?

YES     NO

8. Has the Defendant and/or Authorized Users as listed in #1 above ever used Google, Bing, Yahoo or any other Internet Search Engine to search for information on Torrent files and/or websites?

YES     NO

9. Has the Defendant and/or Authorized Users as listed in #1 above ever visited a streaming media site containing unauthorized copies of Plaintiff's works?

YES     NO

10. Has the Defendant and/or any Authorized User as listed in #1 received a notice of copyright infringement from their Internet Service Provider, from the Center for Copyright Information, or from any other private intellectual property owner?

YES     NO

_____
Signed

_____
Date

EXHIBIT D

EPA152