AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>13-2858 | DATE FILED<br>5/23/13 | U.S. District Court, Clerk's Office<br>601 Market St., Rm. 2609, Phila., PA 19106 |
| PLAINTIFF<br>Malibu Media, LLC | | DEFENDANT<br>John Doe, subscriber assigned IP address 96.245.75.172 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | See Attached | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## Copyrights-In-Suit for IP Address 96.245.75.172

**ISP:** Verizon FiOS
**Location:** Harleysville, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 02/11/2013 |
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 12/23/2012 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 02/23/2013 |
| Backstage | PA0001797943 | 07/17/2012 | 07/18/2012 | 10/31/2012 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 02/23/2013 |
| Cum With Me | PA0001817714 | 12/04/2012 | 12/16/2012 | 12/23/2012 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/23/2012 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 03/16/2013 |
| Loving Angels | PA0001817752 | 11/30/2012 | 12/17/2012 | 12/23/2012 |
| Miss Me Not | PA0001817763 | 12/11/2012 | 12/16/2012 | 12/23/2012 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/05/2013 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 01/05/2013 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 03/02/2013 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 03/06/2013 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 02/17/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 02/11/2013 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 03/14/2013 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/15/2013 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/06/2012 |
| Tuesday Morning | PA0001828897 | 02/26/2013 | 03/12/2013 | 03/02/2013 |
| Unforgettable View #1 | PA0001817759 | 12/07/2012 | 12/16/2012 | 12/20/2012 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 01/15/2013 |

EPA152

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 12/23/2012 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/04/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 02/12/2013 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/31/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 26**